

**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

<u>**VIA ECF**</u>
The Honorable Katherine Polk Failla
United States District Judge
40 Foley Square
New York, NY 10007

February 6, 2023

   Re: *Dicks v. Rock Diamond Corp.*
     Case No. 1:22-cv-8037-KPF



Dear Judge Failla:

   Plaintiff submits this letter-motion to seek an adjournment of the initial pretrial conference, currently scheduled for February 10, 2023. Plaintiff has not completed service upon the Defendant yet, nor has Defendant reached out to Plaintiff regarding this suit. To that end, Plaintiff further moves for an extension of time to complete service, up to and until March 6, 2023. As per FRCP Rule 4(m), Plaintiff's time to effectuate service upon the Defendant expired on December 20, 2022. However, Plaintiff maintains that the delay to serve is not the fault of Plaintiff, but rather a third-party process server. Plaintiff has been notified by the process server herein that the Defendant could not be located, however the process server misread the name of Defendant's business and, therefore, was erroneous in that assertion. If granted, Plaintiff will employ a different process server to complete service herein.

   As such, Plaintiff requests an adjournment of the initial pretrial conference to April 6, 2023, for service to be completed and for Defendant to have an opportunity to answer herein. This is the first time this relief is being requested.

   Plaintiff thanks the Court for its consideration herein.

        Respectfully submitted,

        **MARS KHAIMOV LAW, PLLC**

        */s/ Mars Khaimov*
        Mars Khaimov, Esq.

        Attorneys for Plaintiff

```
Application GRANTED.  The initial pretrial conference scheduled
for February 10, 2023, is hereby ADJOURNED to April 12, 2023, at
3:00 p.m.  The Clerk of Court is directed to terminate the
pending motion at docket number 6.

                            SO ORDERED.
Dated:     February 7, 2023
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE